```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 02151
   HARVEY T HOBSON
   DEBORAH A HOBSON                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4550    SSN XXX-XX-8727

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/07/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED             641.00          .00         125.00
CREDIT ACCEPTANCE         SECURED VEHIC     18000.00         93.75       1361.98
MIDWEST TITLE LOANS       SECURED VEHIC       600.00         20.63        121.56
MIDWEST TITLE LOANS       UNSECURED         NOT FILED         .00           .00
QUANTUM SERVICING CORPOR  CURRENT MORTG         .00           .00           .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED         .00           .00
BARR MANAGEMENT           UNSECURED         NOT FILED         .00           .00
BARR MANAGEMENT           UNSECURED         NOT FILED         .00           .00
BARR MANAGEMENT           UNSECURED         NOT FILED         .00           .00
BARR MANAGEMENT           UNSECURED         NOT FILED         .00           .00
CAPITAL ONE               UNSECURED          1722.85          .00           .00
CHICAGO DEPT OF REVENUE   UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED          7180.00          .00           .00
CITY OF CHICAGO DEPT OF   UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO WATER DE  UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON       UNSECURED          4771.07          .00           .00
FORD MOTOR CREDIT         UNSECURED          4049.10          .00           .00
GEORGE POLIVKA            UNSECURED         NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED           388.90          .00           .00
MCSI                      UNSECURED          3248.36          .00           .00
NUVELL CREDIT CO LLC      UNSECURED         19549.54          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          4975.18          .00           .00
SANTA BARBARA BANK & TRU  UNSECURED         NOT FILED         .00           .00
TCF NATIONAL BANK         UNSECURED         NOT FILED         .00           .00
US CELLULAR               UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED           802.51          .00           .00
QUANTUM SERVICING CORPOR  MORTGAGE ARRE         .00           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           862.31          .00           .00
NATIONWIDE CASSEL         UNSECURED          7203.56          .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY           2930.90          .00           .00
NATIONWIDE ACCEPTANCE CO  SECURED NOT I      4754.78          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,586.50                      604.58

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 02151 HARVEY T HOBSON & DEBORAH A HOBSON
```

```
TOM VAUGHN                    TRUSTEE                                 172.50
DEBTOR REFUND                 REFUND                                     .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   2,500.00

PRIORITY                                             .00
SECURED                                         1,608.54
     INTEREST                                     114.38
UNSECURED                                            .00
ADMINISTRATIVE                                    604.58
TRUSTEE COMPENSATION                              172.50
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                    2,500.00              2,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 02/26/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE